932

No. 234.   UNITED STATES v. THOMAS, 342 U. S. 850. Motion for leave to file petition for rehearing denied.

No. 165.   BUCK ET AL. v. CALIFORNIA, *ante*, p. 99;

No. 555.   MORTGAGE FINANCE CORP. ET AL. v. WATSON, REAL ESTATE COMMISSIONER, 342 U. S. 938;

No. 309, Misc.   FREAPANE v. ILLINOIS, 342 U. S. 956; and

No. 340, Misc.   RIPPE, EXECUTRIX, v. STAHLHUTH ET AL., 342 U. S. 956.   Petitions for rehearing denied.

APRIL 28, 1952.

No. 687.   NEWMAN v. MURPHY, WARDEN.

*Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   Petitioner *pro se.   Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt,* Assistant Attorney General, for respondent.

No. 9, Original.   TEXAS v. NEW MEXICO ET AL.   Argued April 21, 1952.   Decided April 28, 1952.   The motion for leave to file the complaint is granted and process is ordered to issue returnable within 60 days.   *Eugene T. Edwards* argued the cause for the plaintiff.   With him on the brief were *Price Daniel,* Attorney General of Texas, and *Jesse P. Luton, Jr.* and *K. B. Watson,* Assistant Attorneys General.   *Jean S. Breitenstein* argued the cause for the defendants.   On the brief were *Joe L. Martinez,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico, and